PROB 12C
(7/93)

# United States District Court
## for the
## Northern District of New York
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Edward Thomas                    Case Number: 5:03CR-00243-018 (NAM)

Name of Sentencing Judicial Officer:    Honorable Norman A. Mordue, Chief U.S. District Judge

Date of Original Sentence:     November 10, 2004
Date of Resentencing:          January 17, 2007

Original Offense:    Conspiracy to Engage in a Pattern of Racketeering Activity: 18 U.S.C. §1962

Original Sentence:   78 months imprisonment and 4 years supervised release

Resentence:          Time Served

Type of Supervision:  Supervised Release    Date Supervision Commenced:    1/17/07

Asst. U.S. Attorney:  John M. Katko    Defense Attorney:    Laurence A. Wannamaker

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 22 2010
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **New Criminal Conduct: You shall not commit another federal, state or local crime.** On December 14, 2009, the defendant was arrested by the Syracuse City Police Department for Criminal Possession of a Controlled Substance 7th, (Class A Misdemeanor). This information is based on records from the Syracuse City Police Department. (Grade C violation) |
| 2. | **New Criminal Conduct: You shall not commit another federal, state or local crime.** On November 15, 2009 the defendant was ticketed by Syracuse City Police Department for Aggravated Unlicensed Operation 3rd and Failure to Surrender and Suspended License, (both Misdemeanors), and No Seat Belt, (Traffic Infraction). This information is based on records from the Syracuse City Police Department. (Grade C violation) |

Prob 12C -2- Petition for Warrant or Summons
for Offender Under Supervision

Name of Offender: Edward Thomas   Case Number: 5:03CR-00243-018 (NAM)

3. **New Criminal Conduct: You shall not commit another federal, state or local crime.** On October 21, 2009 Edwards was stopped by the Syracuse Police at 1:17 AM and 7:26 PM. He was issued a total of five tickets for Failure to Surrender License Plates (Misdemeanor), Aggravated Unlicensed Operator, 3rd (Misdemeanor), Unlicensed Operator (Traffic Infraction), Aggravated Unlicenced Operator, 3rd (Misdemeanor) and Failure to Change Address (Traffic Infraction).
This information is based on records from the Syracuse City Police Department. (Grade C violation)

U.S. Probation Officer Recommendation:
  The term of supervision should be:
    [X]   Revoked
    [ ]   Extended for  year(s), for a total term of  years.
  [ ]  The conditions of supervision should be modified as follows:

                                            Respectfully submitted,

                                            MATTHEW L. BROWN
                                            Chief U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

                            Executed on:    January 20, 2010

Approved by: _____  by: _____
             LORI ALBRIGHT               MARK A. WALKER
             Supervising U.S. Probation Officer    Senior U.S. Probation Officer

THE COURT ORDERS
[ ]  No Action
[ ]  The Issuance of a Summons
[ ]  Other
[✓]  **The Issuance of a Warrant.** This petition and all documents attached hereto are **SEALED** until such time as the warrant generated by this petition is returned executed.

The District Court Clerk's Office is hereby **ORDERED NOT** to serve a copy of this petition or any of the attached documents upon anyone EXCEPT that a copy is to be served upon law enforcement personnel. Copies shall be served upon the unsealing of the petition.

                                            _____
                                            Signature of Judicial Officer

                                            January 22, 2010
                                            Date