



Prob 19
1/85

United States District Court
for the
NORTHERN DISTRICT OF NEW YORK

RECEIVED
USMS - NDNY

2010 JAN 26  A 9: 22

U.S.A. vs Edward Thomas              Docket No. 5:03CR-00243-018 (NAM)

TO: [1]Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | |
| NAME OF SUBJECT<br>Edward Thomas | SEX<br>Male | RACE<br>Black- Non Hispanic | AGE<br>29 |
| ADDRESS(STREET, CITY, STATE)<br>7300 Cedar Post Road, Apt. E-14, Liverpool, New York 13088 | | | |
| SENTENCE IMPOSED BY (NAME OF COURT)<br>Northern District of New York | | | |
| CLERK<br>Lawrence K. Baerman | (BY) DEPUTY CLERK<br>Judi Roberts | | DATE<br>1-22-10 |

| RETURN | | |
|---|---|---|
| Warrant received and executed<br>01-25-10 | DATE RECEIVED<br>01-22-10 | DATE EXECUTED<br>01-25-10 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS, Syracuse | | |
| NAME<br>R Rosko | (BY) | DATE<br>01-25-10 |

---

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the NORTHERN DISTRICT OF NEW YORK;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."