UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          v.                                     CASE NO. 5:03-CR-243 (NAM)

EDWARD THOMAS,

                  Defendant.

_____

**EXPEDITED REQUEST FOR TRANSCRIPT**

TO:   **Diane Martens,**
        Court Reporter / Transcriber.

Notice is hereby given that an official transcript[1] of a proceeding has been requested of the below-listed hearing: Edward Thomas held on June 1, 2011 before Hon. Norman A. Mordue in Syracuse, New York

                                        S/_____
                                        AUSA Name: John M. Katko
                                        NDNY Bar Roll # 502457
                                        U.S. Attorney's Office
                                        PO Box 7198, 100 S. Clinton Street
                                        Syracuse, New York 13261

---

[1] Upon the filing of the official transcript with the Clerk of Court in a civil or criminal proceeding by the court reporter, the parties will have five (5) business days to file a Notice of Intent to Request Redaction.

**Certificate of Service**

I hereby certify that on 1/7/13, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will send notification to the following:

    Kenneth Moynihan, Esq.

S/_____

Paula D. Briggs