≤AO 245D    NNY(Rev. 9/12) Judgment in a Criminal Case for Revocations
            Sheet 1

# UNITED STATES DISTRICT COURT

                Northern                 District of                 New York

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For **Revocation** of Probation or Supervised Release) |
| Edward Thomas | Case Number:  DNYN503CR000243-018 |
|  | USM Number:  12095-052 |
|  | Kenneth M. Moynihan, 120 East Washington Street, Syracuse, New York 13202 |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X    admitted guilt to violation number(s)    1 and 2 on 1/9/13    of the term of supervision.

☐    was found in violation of numbers(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Unlawful Possession of a Controlled Substance | 4/25/11 |
| 2 | Failure to Refrain From the Use of Controlled Substances | 4/25/11 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed in accordance with 18 U.S.C. § 3553 and the Sentencing Guidelines.

☐    The defendant has not violated number(s) _____ and is discharged as to such violation(s).

        It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    8955

Defendant's Date of Birth:    1981

1/9/13
Date of Imposition of Judgment

Defendant's Residence Address:

U.S. Marshal Custody

*signature: Norman A. Mordue*
Honorable Norman A. Mordue
U.S. District Judge

Defendant's Mailing Address:

U.S. Marshal Custody

January 24, 2013
Date

AO 245D    NNY(Rev. 9/05) Judgment in a Criminal Case for Revocations
        Sheet 2 — Imprisonment

Judgment — Page 2 of 2

DEFENDANT: Edward Thomas
CASE NUMBER: DNYN503CR000243-018

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**36 months. There will be no term of supervised release to follow.**

X    The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends that the defendant be designated to a Bureau of Prisons facility in the mid-western part of the United States.**

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐   at _____ ☐ a.m. ☐ p.m. on _____ .

     ☐   as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐   before 2 p.m. on _____ .

     ☐   as notified by the United States Marshal.

     ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL